**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **INVENTERGY LBS, LLC,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | **CIVIL ACTION NO. 2:18-CV-00523-JRG** |
| **OPTIMUS GPS TRACKING CORP,** | § § § | |
| *Defendant.* | § | |

**ORDER**

Before the Court is Plaintiff Inventergy LBS, LLC and Defendant Optimus GPS Tracking Corp.'s Rule 29(b) Stipulation to Extend Time to Respond to Motion to Dismiss (the "Stipulation"). (Dkt. No. 10.) Pursuant to Federal Rule of Civil Procedure 29(b), the parties agree that Plaintiff's deadline to respond to Defendant's Motion to Dismiss Pursuant to Rule 12(b)(6) is extended twenty (20) days from February 14, 2019.

Having considered the Stipulation, the Court hereby **ORDERS** that Plaintiff Inventergy LBS, LLC shall be permitted to file a response to Defendant Optimus GPS Tracking Corp.'s Motion to Dismiss Pursuant to Rule 12(b)(6) on or before twenty (20) days from the date of the issuance of this Order.

**So Ordered this**
**Feb 18, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE